**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID CAZABAT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER**: 07-525-JJB-DLD<br>and 07-751-JJB-DLD |
| **CARLYLE D. THOMPSON, ET AL** | |

## ORDER

Considering the Court's order consolidating the above-captioned matters;

IT IS ORDERED that the scheduling conference set in CV 07-751-JJB before United States Magistrate Judge Stephen C. Riedlinger for February 7, 2008 is hereby CANCELED.

IT IS FURTHER ORDERED that the scheduling conference set in CV 07-525-JJB for **December 6, 2007** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions in CV 07-525-JJB, are final deadlines and will apply to both CV 07-525-JJB and CV 07-751-JJB.** No extensions will be granted except under extreme circumstances. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint or adding new parties, claims, counterclaims, or cross-claims is **January 30, 2008.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Waived.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **August 30, 2008.**

    **NOTE:** Any motions filed regarding written discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c.    Disclosure of identities and resumés of experts:

        **Plaintiff(s):**    **April 1, 2008.**

        **Defendant(s):**    **May 1, 2008.**

    d.    Expert reports must be submitted to opposing parties as follows:

        **Plaintiff(s):**    **May 1, 2008.**

        **Defendant(s):**    **June 1, 2008.**

    e.    Discovery from experts must be completed by **October 31, 2008.**

3.    All dispositive motions must be filed on or before **June 1, 2008.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

In the event the parties have not previously notified the court that the matter is ready to be set for a pretrial conference, or the district judge has not already set a pretrial conference, this matter will be reviewed within 15 days of the expiration of the deadline to file dispositive motions (**June 1, 2008**), and assigned for a pre-trial/status conference if necessary.

The parties may contact the court at (225) 389-3602 after discovery has been completed should they wish to schedule a settlement conference or mediation under the court's ADR plan.

Signed in Baton Rouge, Louisiana, on December 3, 2007.

                                  **MAGISTRATE JUDGE DOCIA L. DALBY**